# United States Court of Appeals for the Federal Circuit

May 13, 2013

**ERRATA**

Appeal No. 2011-1301

**CLS BANK INTERNATIONAL,**
*Plaintiff-Appellee,*

AND

**CLS SERVICES. LTD.,**
*Counterclaim Defendant-Appellee,*

**v.**

**ALICE CORPORATION PTY. LTD.,**
*Defendant-Appellant.*

Decided: May 10, 2013
Precedential Opinion

Please make the following change in Judge Newman's concurring in part, dissenting in part opinion:

On page 9, lines 14–15, please change "the Trademark, & Copyright Journal" to --the Patent, Trademark, & Copyright Journal--.